**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Robert Logan,

Plaintiff,

v.

City of Mesa Police Department, et al.,

Defendants.

No. CV-26-04291-PHX-KML

**ORDER**

On June 25, 2026, defendant City of Mesa answered plaintiff's complaint. (Doc. 9.) On October 8, 2026, the City filed a motion to dismiss plaintiff's state-law claims. The city identified its motion as brought "[p]ursuant to Federal Rule of Civil Procedure 12(b)(6)." (Doc. 25.) "A Rule 12(b)(6) motion must be made *before* the responsive pleading." *Elvig v. Calvin Presbyterian Church*, 375 F.3d 951, 954 (9th Cir. 2004). The City's motion is procedurally improper, and it is denied. The City may renew its arguments regarding plaintiff's state-law claims in a motion for summary judgment after the conclusion of discovery.

**IT IS ORDERED** the Motion to Dismiss (Doc. 25) is **DENIED**.

Dated this 9th day of October, 2026.

Honorable Krissa M. Lanham
United States District Judge